THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
THE CITY OF NEW YORK et al., Respondents.

(Argued April 27, 1932; decided May 13, 1932.)

*John J. Bennett, Jr., Attorney-General (Hugh Reilly*
and *Arthur J. Stern* of counsel), for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Alfred D.
Jahr, M. J. Konnoson* and *Edwin J. Talley* of counsel),
for the City of New York, respondent.

*H. E. Konnoson* and *M. J. Konnoson* for Louis Finfer,
respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.